Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 13−32189−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Calvin Lane
7 Harvey Avenue
Neptune, NJ 07753

Gina Davis
aka Gina Davis, aka Gina Davis−Lane, aka
Gina Lane
7 Harvey Avenue
Neptune, NJ 07753

Social Security No.:
    xxx−xx−3621                                                xxx−xx−5003

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on January 11, 2019.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 11, 2019
JAN: slf

Jeanne Naughton
Clerk

```
                               United States Bankruptcy Court
                                     District of New Jersey

In re:                                                                  Case No. 13-32189-KCF
Calvin Lane                                                             Chapter 13
Gina Davis
        Debtors                         CERTIFICATE OF NOTICE
District/off: 0312-3         User: admin                Page 1 of 2            Date Rcvd: Jan 11, 2019
                             Form ID: 148               Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2019.
db/jdb         +Calvin Lane,    Gina Davis,    7 Harvey Avenue,    Neptune, NJ 07753-2521
514270922       California Recovery Bureau,    135 Vallecitos, Ste G,    San Marcos, CA 92069
514270924      +Chase Bank,    PO Box 24696,    Columbus, OH 43224-0696
514270925     ++FIRST HORIZON HOME LOANS,    6363 N STATE HWY 161,    SUITE 300,    IRVING TX 75038-2231
               (address filed with court: First Horizon Home Loans,      4000 Horizon Way,    Irving, TX  75063)
514270927      +Jersey Shore Radiology,    2100 St Rt 33 #9,    Neptune, NJ 07753-6116
514270929       Metlife Home Loans,    4000 Horizon Way,    Irving, TX 75063-2260
514497222     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,      Attn: Bankruptcy Department,
                 P.O. Box 630267,    Irving, TX 75063)
514270931      +Nationstar Mortgage,    PO Box 650783,    Dallas, TX 75265-0783
516529787      +Nationstar Mortgage LLC,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
514520561      +Nationstar Mortgage LLC,    c/o Zucker Goldberg & Ackerman,     200 Sheffied Street, Suite 301,
                 Mountainside, NJ 07092-2315
514270933       Premium Credit Bureau,    1851 E St St, Ste 1260,    Santa Ana, CA 92705
514270934       Slater & Tenaglia,    301 Third Street,    Ocean City, NJ 08226-4007
514270938      +Valic,    PO Box 75930,    Chicago, IL 60675-5930
514270941      +Wells Fargo/WB DFS,    PO Box 3117,    Winston,    Salem, NC 27102-3117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 12 2019 00:22:05     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 12 2019 00:22:03     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
514274097      +E-mail/Text: dkretschmer@bchaselaw.com Jan 12 2019 00:21:58
                 ACB Receivables Management, Inc.,    c/o Bart A. Chase, Esq.,    PO Box 871,
                 Summit, NJ 07902-0871
514276619       EDI: AIS.COM Jan 12 2019 04:48:00      American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK 73126-8941
514270920       EDI: BANKAMER.COM Jan 12 2019 04:48:00      Bank Of America, N.A.,    4161 Piedmont Pkwy,
                 Greensboro, NC 27410-8110
514270921      +E-mail/Text: dkretschmer@bchaselaw.com Jan 12 2019 00:21:58     Bart Chase, Esq.,
                 450 Springfield Ave, PO Box 871,    Summit, NJ 07901-2611
514270923       E-mail/Text: bankruptcy@cavps.com Jan 12 2019 00:22:26     Cavalry Portfolio Services, LLC,
                 Cavalry SPV I, LLC,    PO Box 1030,    Hawthorne, NY 10532
514733794      +E-mail/Text: bankruptcy@cavps.com Jan 12 2019 00:22:26     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
514297123      +EDI: TSYS2.COM Jan 12 2019 04:48:00      Department Stores National Bank/Macys,
                 Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
514270926      +EDI: RMSC.COM Jan 12 2019 04:48:00      GECRB/Sleepys,    PO Box 965036,    Orlando, FL 32896-5036
514270928       EDI: TSYS2.COM Jan 12 2019 04:48:00      Macy's/Dsnb,    PO Box 8218,    Mason, OH 45040-8218
514270930       EDI: MID8.COM Jan 12 2019 04:48:00      Midland Funding LLC,    8875 Aero Dr Ste 200,
                 San Diego, CA 92123-2255
514305032       EDI: Q3G.COM Jan 12 2019 04:48:00      Quantum3 Group LLC as agent for,    CF Medical LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
514305033       EDI: Q3G.COM Jan 12 2019 04:48:00      Quantum3 Group LLC as agent for,    CP Medical LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
514372025       EDI: NEXTEL.COM Jan 12 2019 04:48:00      Sprint Nextel,    Attn Bankruptcy Dept,    PO Box 7949,
                 Overland Park KS 66207-0949
514270936       EDI: TFSR.COM Jan 12 2019 04:48:00      Toyota Motor Credit Corp,    5005 N River Blvd NE,
                 Cedar Rapids, IA 52411-6634
514270935       EDI: TFSR.COM Jan 12 2019 04:48:00      Toyota Motor Credit Corp,    PO Box 5855,
                 Carol Stream, IL 60197
514297100       EDI: TFSR.COM Jan 12 2019 04:48:00      Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,
                 Cedar Rapids, Iowa 52408-8026
514270937      +E-mail/Text: EBankruptcy@UCFS.NET Jan 12 2019 00:23:19     United Consumer Financial,
                 865 Bassett Road,    Westlake, OH 44145-1194
514270939       EDI: VERIZONCOMB.COM Jan 12 2019 04:48:00      Verizon,    500 Technology Drive,
                 Weldon Spring, MO 63304-2225
514371240       EDI: WFFC.COM Jan 12 2019 04:48:00      Wells Fargo Bank, N.A.,    P.O. Box 19657,
                 Irvine, CA 92623-9657
514270940      +EDI: WFFC.COM Jan 12 2019 04:48:00      Wells Fargo Dealer Services,    PO Box 1697,
                 Winterville, NC 28590-1697
                                                                                              TOTAL: 22

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0312-3              User: admin              Page 2 of 2              Date Rcvd: Jan 11, 2019
                                  Form ID: 148             Total Noticed: 36

cr*           +NATIONSTAR MORTGAGE LLC,   Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
cr*           +Nationstar Mortgage LLC,   Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
514524167*    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: NATIONSTAR MORTGAGE LLC,    ATTN: Bankruptcy Department,
                PO Box 630267,    Irving, TX 75063)
514270932*    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,    PO Box 619096,   Dallas, TX 75261-9741)
514270917     ##+ACB Receivables Management, Inc.,    PO Box 350,    Asbury Park, NJ 07712-0350
514270918     ##+ACB Receivables Management, Inc.,    19 Main St,    Asbury Park, NJ 07712-7012
514270919     ##+Allied Home Mortgage Capital Corp, A Cor,    6110 Pinemont Dr, Ste 215,    Houston, TX 77092-3216
                                                                                   TOTALS: 0, * 4, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2019 at the address(es) listed below:
              Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert  Russo    docs@russotrustee.com
              Albert  Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              E. Carlton Kromer    on behalf of Debtor Calvin  Lane ckromer@kromerlaw.com
              E. Carlton Kromer    on behalf of Joint Debtor Gina  Davis ckromer@kromerlaw.com
              Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Sindi  Mncina    on behalf of Creditor    Nationstar Mortgage LLC smncina@rascrane.com
                                                                                             TOTAL: 9
```