Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 13–32189–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Calvin Lane
7 Harvey Avenue
Neptune, NJ 07753

Gina Davis
aka Gina Davis, aka Gina Davis–Lane, aka
Gina Lane
7 Harvey Avenue
Neptune, NJ 07753

Social Security No.:
xxx–xx–3621                                      xxx–xx–5003

Employer's Tax I.D. No.:

---

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 12, 2019</u>              <u>Kathryn C. Ferguson</u>
                                          Judge, United States Bankruptcy Court